# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHAUNA L. BLAIN, | Case No.: 2:18-cv-00462-APG-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket Nos. 14, 15) |
| TITANIUM METALS CORPORATION, | |
| Defendant(s). | |

Pending before the Court is the parties' stipulation for leave to file a third-party complaint. Docket No. 15. For good cause shown, the Court **GRANTS** the parties' stipulation. Docket No. 15. Defendant shall promptly file and serve the third-party complaint. Defendant's motion for leave to file a third-party complaint is **DENIED** as moot. Docket No. 14.

IT IS SO ORDERED.

Dated: June 22, 2018

NANCY J. KOPPE
United States Magistrate Judge