# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHAUNA LEE BLAIN,<br>    Plaintiff(s),<br>v.<br>TTITANIUM METALS CORPORATION,<br>    Defendant(s). | Case No.: 2:18-cv-00462-APG-NJK<br>**Order**<br>[Docket No. 27] |

Pending before the Court is a stipulation concerning Plaintiff's medical examination. Docket No. 27. Unless doing so interferes with Court proceedings or deadlines, the parties may enter stipulations regarding discovery without seeking Court approval. *See* Fed. R. Civ. P. 29. As it is not clear that Court approval is necessary with respect to this stipulation, it is hereby **DENIED** as unnecessary.

IT IS SO ORDERED.

Dated: September 5, 2018

_____
Nancy J. Koppe
United States Magistrate Judge

1