# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHAUNA LEE BLAIN,<br>　　　Plaintiff(s),<br>v.<br>TITANIUM METALS CORPORATION,<br>　　　Defendant(s). | Case No.: 2:18-cv-00462-APG-NJK<br><br>**Order** |

Pending before the Court is Defendant Titanium Metals Corporation's motion to enforce settlement agreement. Docket No. 40. The Court set a hearing on the matter for 10:00 a.m. on April 26, 2019. Docket No. 45.

Also pending before the Court is a motion to withdraw as attorney for Plaintiff. Docket No. 46. Plaintiff's counsel submits that she provided Plaintiff with a copy of the motion to enforce and all related pleadings, and a copy of the Court's order setting the hearing on the motion to enforce. *Id*. at 4. The Court finds that Plaintiff's presence at the hearing on these motions is necessary to the resolution of the motions.

Accordingly, the Court **CONTINUES** the hearing on the motion to enforce settlement agreement and the motion to withdraw as attorney to **8:30 a.m. on May 2, 2019, in Courtroom 3A**. **PLAINTIFF, AS WELL AS HER CURRENT COUNSEL AND ANY NEWLY-RETAINED COUNSEL, ARE REQUIRED TO APPEAR IN PERSON.** There will be no

exceptions to this personal appearance requirement. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN SANCTIONS.**

IT IS SO ORDERED.

Dated: April 26, 2019

_____
Nancy J. Koppe
United States Magistrate Judge