J Christopher Jorgensen
Nevada Bar No. 5382
Adrienne Brantley-Lomeli
Nevada Bar No. 14486
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
E-mail: cjorgensen@lrrc.com
E-mail: abrantley-lomeli@lrrc.com

*Attorneys for Defendant/Third-Party Plaintiff
Titanium Metals Corporation*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SHAUNA LEE BLAIN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TITANIUM METALS CORPORATION, a Delaware corporation; DOES 1-10, inclusive, and ROE Companies I-X, inclusive,<br><br>　　　　Defendants. | Case No.: 2:18-cv-00462-APG-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| TITANIUM METALS CORPORATION, a Delaware corporation,<br><br>　　　　Third-Party Plaintiff,<br><br>vs.<br><br>HANLON ENGINEERING AND ASSOCIATES, INC.<br><br>　　　　Third-Party Defendants. | |

Plaintiff, Shauna Lee Blain, Defendant/Third-Party Plaintiff Titanium Metals Corporation, and Third-Party Defendant Hanlon Engineering Associates, (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to Plaintiff, Defendant/Third-Party Plaintiff and Third-Party Defendant, with the Parties bearing their own attorneys' fees and costs incurred in this action.

108244838.1

IT IS SO STIPULATED AND AGREED TO.

Dated this 31st day of May, 2019.

**JESSE SBAIH & ASSOCIATES, LTD.**

Jesse M. Sbaih
Inés Olevic-Saleh
The District at Green Valley Ranch
170 South Green Valley Pkwy., Ste. 280
Henderson, NV 89012
E-mail: jsbaih@sbaihlaw.com
E-mail: iolevic@sbaihlaw.com

Gerald Gillock
**GERALD I. GILLOCK & ASSOCIATES**
428 South Fourth Street
Las Vegas, NV 89101
T: 702-385-1482
E-mail: gillock@gmk-law.com

April L. Becker
Jessica M. Goodey
**BECKER GOODEY**
428 South Fourth Street
Las Vegas, NV 89101
T: 702-258-1008
E-mail: becker@beckergoodey.com
E-mail: goodey@beckergoodey.com

*Attorneys for Plaintiff Shauna Lee Blain*

Dated this 5 day of June, 2019.

**DAVID J. WINTERTON & ASSOCIATES, LTD.**

David J. Winterton
7881 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89117
E-mail: david@davidwinterton.com

*Attorneys for Third-Party Defendant Hanlon Engineering and Associates, Inc.*

Dated this 3 day of June, 2019.

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

J Christopher Jorgensen (#5382)
Adrienne Brantley-Lomeli (#14486)
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
Attorneys for Defendant
E-mail: cjorgensen@lrrc.com
E-mail: abrantley-lomeli@lrrc.com

*Attorneys for Defendant/Third-Party Plaintiff Titanium Metals Corporation*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: June 5, 2019.

108244838.1